NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

WILLIAM A. MARKHAM (SBN 132970)
MALDONADO & MARKHAM, LLP
402 West Broadway, 24th Floor
San Diego, CA 92138
Telephone: (619) 221-4400

ATTORNEY(S) FOR: Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA COLLINA DAL LAGO, L.P., et al. <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC BELL TELEPHONE COMPANY, et al. <br><br> Defendant. | CASE NUMBER <br><br> CV08-2451 MEJ <br><br><br> **DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

in the within action by personally delivering true copies thereof to the person served as follows:

| | | |
|---|---|---|
| Served | : | AT&T SERVICES, INC. |
| By serving | : | Margaret Wilson, Authorized Agent |
| Address | : | C.T. Corporation System <br> 818 W. 7th Street <br> Los Angeles, CA 90017 |
| Date of Service | : | May 19, 2008 |
| Time of Service | : | 2:20 PM |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 20, 2008

Signature: _David Garcia_
DAVID GARCIA

236416

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

WILLIAM A. MARKHAM (SBN 132970)
MALDONADO & MARKHAM, LLP
402 West Broadway, 24th Floor
San Diego, CA 92138
Telephone: (619) 221-4400

ATTORNEY(S) FOR: Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA COLLINA DAL LAGO, L.P., et al. <br><br> Plaintiff, <br><br> V. <br><br> PACIFIC BELL TELEPHONE COMPANY, et al. <br><br> Defendant. | CASE NUMBER <br> CV08-2451 MEJ <br><br><br> DECLARATION OF SERVICE |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

in the within action by personally delivering true copies thereof to the person served as follows:

Served          : PACIFIC BELL TELEPHONE COMPANY

By serving      : Margaret Wilson, Authorized Agent

Address         : C.T. Corporation System
                  818 W. 7th Street
                  Los Angeles, CA 90017

Date of Service : May 19, 2008

Time of Service : 2:20 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 20, 2008

Signature: _David Garcia_
DAVID GARCIA

236417

From: JANNEY & JANNEY   213 483 1159   05/20/2008 12:40   #972 P.003/005
Case 3:08-cv-02451-SI   Document 3   Filed 05/23/2008   Page 3 of 4

MAY 20 2008 13:55 FR   4152789670 TO 12134832576   P.04/04

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

**WILLIAM A. MARKHAM (SBN 132970)**
**MALDONADO & MARKHAM, LLP**
402 West Broadway, 24th Floor
San Diego, CA 92138
Telephone: (619) 221-4400

ATTORNEY(S) FOR: Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA COLLINA DAL LAGO, L.P., et al.<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY, et al.<br><br>Defendant. | CASE NUMBER<br><br>CV08-2451 MEJ<br><br>DECLARATION OF SERVICE |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

in the within action by personally delivering true copies thereof to the person served as follows:

Served                : OLDCASTLE PRECAST, INC.

By serving            : Margaret Wilson, Authorized Agent

Address               : C.T. Corporation System
                        818 W. 7th Street
                        Los Angeles, CA 90017

Date of Service       : May 19, 2008

Time of Service       : 2:20 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 20, 2008

Signature: _____
DAVID GARCIA

236418

** TOTAL PAGE.04 **

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

WILLIAM A. MARKHAM (SBN 132970)
MALDONADO & MARKHAM, LLP
402 West Broadway, 24th Floor
San Diego, CA 92138
Telephone: (619) 221-4400

ATTORNEY(S) FOR: Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA COLLINA DAL LAGO, L.P., et al. | CASE NUMBER |
| Plaintiff, | CV08-2451 MEJ |
| v. | |
| PACIFIC BELL TELEPHONE COMPANY, et al. | DECLARATION OF SERVICE |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

in the within action by personally delivering true copies thereof to the person served as follows:

| | |
|---|---|
| Served | : NEVADA BELL TELEPHONE COMPANY |
| By serving | : Dianne Wertheimer-Baumen, Authorized Agent |
| Address | : Corporation Trust Company of Nevada<br>6100 Neil Road, Suite 500<br>Reno, NV 89511 |
| Date of Service | : May 19, 2008 |
| Time of Service | : 2:35 PM |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 20, 2008

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered
Number                                 Signature: _____
                                                   JOSH FLATLEY
236415