IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA COLLINA DAL LAGO<br><br>      Plaintiff,<br>v.<br><br>PACIFIC BELL TELEPHONE CO.<br>      Defendant.<br>_____/ | NO. CV 08-02451 SI<br><br>**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER** |

On May 13, 2008, counsel for plaintiffs filed a COMPLAINT manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for plaintiffs should submit the complaint, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation

1 of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users
2 must do so immediately.  Forms and instructions for registering can be found on the Court's Web site
3 at ecf.cand.uscourts.gov.

4 Dated: June 2, 2008                                             <u>Yumiko Saito</u>
                                                                Deputy Clerk
5                                                               /s/