William A. Markham, State Bar No. 132970
MALDONADO & MARKHAM, LLP
402 West Broadway, 24th Floor
San Diego, CA 92101

Tel:            (619) 221-4400
Fax:           (619) 224-3974
E-mail:        wm@maldonadomarkham.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| JENSEN ENTERPRISES, INC., | ) | Case No.  C 06-0247 SI (JCS) |
| | ) | |
| Plaintiff, | ) | STIPULATION TO (1) DESIGNATE THE PRESENT CASE AND ANOTHER CASE AS RELATED CASES UNDER LOCAL RULE 3-12; (2) RE-ASSIGN THE OTHER CASE TO THE HONORABLE SUSAN ILLSTON; AND (3) SET EXPEDITED HEARINGS OF THREE MOTIONS |
| Vs. | ) | |
| OLDCASTLE PRECAST, INC.; PACIFIC BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, | ) | The Hon. Susan Illston, Courtroom 10 |
| Defendants. | ) | Complaint Filed:  January 12, 2006<br>Trial Date:        November 3, 2008 |

## I.  RECITALS

WHEREAS, the present case (the "Jensen Case") is an action brought by Plaintiff, Jensen

Enterprises, Inc. ("Jensen"), against Defendant Oldcastle Precast, Inc. ("Oldcastle") as well as

Defendants Pacific Bell Telephone Company, Nevada Bell Telephone Company, and AT&T Services,

Inc. (collectively, "AT&T"); and

WHEREAS, the Jensen case principally concerns an alleged arrangement by which AT&T

designated Oldcastle as the only approved supplier of AT&T Vaults to property developers and their

contractors in California and Nevada; and

STIPULATION TO DESIGNATE THE PRESENT CASE AND ANOTHER CASE
AS RELATED CASES, ETC.

1    WHEREAS, on May 13, 2008 another case was filed in this Court and assigned to Magistrate

2  Judge Maria-Elena James; the title of this case is *La Collina dal Lago, L.P. et al. v. Pacific Bell*

3  *Telephone Company et al.*; Case No. C-08-02451 MEJ (the "Developers' Case"); and

4    WHEREAS, the Developers' Case concerns AT&T's alleged under-reimbursement of a

5  proposed class of property developers in California and Nevada for specified materials and trenching,

6  including AT&T Vaults; and

7    WHEREAS, the Jensen Case and the Developers' Case arise in substantial part from the exact

8  same alleged transactions, and in substantial part they concern similar or the same allegations against

9  the same Defendants; and

10    WHEREAS, Plaintiffs in both cases are represented by Maldonado & Markham, L.L.P.

11  Plaintiffs in the Developers' Case are also represented by a second firm, Kershaw, Cutter & Ratinoff,

12  L.L.P.; and

13    WHEREAS, Plaintiffs in both cases have requested that the Defendants in both cases agree

14  that (1) both cases should be deemed related matters under Local Rule 3-12 of this Court; and (2) the

15  Developers' Case should be re-assigned to the Honorable Susan Illston; and

16    WHEREAS, Oldcastle will seek to stay all proceedings in the Jensen Case, arguing that the

17  stay should remain in place until the pleadings are settled in the Developers' Case, whereupon

18  Defendants will move for a consolidation of both cases; and AT&T will join in support of this motion;

19  and

20    WHEREAS, Plaintiffs in both cases will oppose any stay of the Jensen case or any

21  consolidation of both cases, and will instead move forthwith to have both cases be coordinated, but

22  not consolidated;

23    WHEREAS, Plaintiffs in both cases seek approval from this Court of a conflict waiver that

24  they have given to Maldonado & Markham, L.L.P., so that this firm can represent Plaintiffs in both

25  cases; and

26    WHEREAS, the parties wish to have their respective motions heard on an expedited basis,

27  and no party objects to the expedited hearing of any of these motions;

28  //

STIPULATION TO DESIGNATE THE PRESENT CASE AND ANOTHER CASE
AS RELATED CASES, ETC.                                                        2

1    WHEREFORE, the parties now stipulate to the following:

2    1.    The Jensen Case and the Developers' Case shall be designated as related cases under

3  Rule 3-12 of the Local Rules of this Court.

4    2.    The Developers' Case shall be re-assigned to the Honorable Susan Illston.

5    3.    On 6/27/08, the Honorable Susan Illston will hear Oldcastle's motion for a judicial stay.

6  Oldcastle shall file its motion for a judicial stay no later than 6/6/08.  Jensen shall file its opposition to

7  this motion no later than 6/13/08.   Oldcastle shall not reply to Jensen's opposition.

8    4.    On 6/27/08 , the Honorable Susan Illston will hear Plaintiffs' motion for coordination of

9  both cases.  Plaintiffs in both cases shall file one consolidated motion for coordination no later than

10   6/6/08.  Defendants shall file their respective oppositions to this motion no later than 6/13/08.

11 Plaintiffs shall not reply to these oppositions.

12    5.    On 6/27/08, the Honorable Susan Illston will hear Plaintiffs' motion for approval of the

13 conflict waiver that Plaintiffs in both cases have given to Maldonado & Markham, L.L.P.  This

14 approval, if given, will authorize Maldonado & Markham, L.L.P. to represent Jensen in the Jensen

15 Case and Plaintiffs in the Developers' Case.  Plaintiffs in both cases shall file one consolidated motion

16 for this approval no later than 6/6/08 .  Defendants shall file their oppositions (if any) no later than

17  6/13/08. Plaintiffs in both cases shall file no reply to these oppositions.

18    **IT IS SO STIPULATED.**

19

20
DATED:  May 28, 2008                          Respectfully submitted,

21                                              FOLGER LEVIN & KAHN, LLP

22

23                                                    /s/
                                         By: _____
24                                              Janine L. Scancarelli,
                                                Attorneys for Defendant Oldcastle Precast, Inc
25

26 //

27 //

28 //

STIPULATION TO DESIGNATE THE PRESENT CASE AND ANOTHER CASE
AS RELATED CASES, ETC.                                                                    3

1   DATED:  May 28, 2008                    Respectfully submitted,

2                                           AT&T WEST LEGAL DEPARTMENT

3
                                                       /s/
4                                  By:     _____
                                           Raymond P. Bolaños,
5                                          Attorneys for Defendants Pacific Bell Telephone
                                           Company, Nevada Bell Telephone Company, and
6                                          AT&T Services, Inc.

7

8   DATED:  May 28, 2008                    Respectfully submitted,

9                                           MALDONADO & MARKHAM, LLP

10
                                                       /s/
11                                 By:     _____
                                           William A. Markham,
12                                         Attorneys for Plaintiff, Jensen Enterprises, Inc.

13

14                    **ORDER ON THE FOREGOING STIPULATION**

15          The Court, having reviewed the above stipulation, and finding good cause therefor, now

16   renders this stipulation a binding ORDER of this Court.

17          **IT IS SO ORDERED.**

18

19          _____
            The Honorable Susan Illston,
20          United States District Judge

21

22

23

24

25

26

27

28

STIPULATION TO DESIGNATE THE PRESENT CASE AND ANOTHER CASE
AS RELATED CASES, ETC.                                                                    4