William Markham, State Bar No. 132970
MALDONADO & MARKHAM, LLP
402 West Broadway, 24th Floor
San Diego, CA 92101
Telephone: (619) 221-4400
Facsimile: (619) 224-3974
E-mail: wm@maldonadomarkham.com

William A. Kershaw, State Bar No. 057486
Lyle W. Cook, State Bar No. 148914
KERSHAW, CUTTER, & RATINOFF LLP
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
E-mail: wkershaw@kcrlegal.com

*Attorneys For Plaintiffs,*
LA COLLINA DAL LAGO, L.P., and
BERNAU DEVELOPMENT CORPORATION
and/or JENSEN ENTERPRISES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENSEN ENTERPRISES, INC., <br><br>Plaintiff, <br><br>vs. <br><br>OLDCASTLE PRECAST, INC., PACIFIC BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, <br><br>Defendants. | **RELATED CASES** <br><br>Case No.: C 06-0247 SI |
| LA COLLINA DAL LAGO, L.P.; BERNAU DEVELOPMENT CORPORATION; and all similarly situated legal persons, <br><br>Plaintiffs, <br><br>vs. <br><br>PACIFIC BELL TELEPHONE COMPANY; NEVADA BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and OLDCASTLE PRECAST, INC., <br><br>Defendants. | Case No.: C 08-02451 SI <br><br>**DECLARATION OF WILLIAM A. KERSHAW IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF THEIR WAIVER OF POTENTIAL CONFLICTS OF INTEREST** <br><br>Date: June 27, 2008 <br>Time: 9:00 a.m. <br>Place: Courtroom 10, 19th Floor <br><br>Honorable Susan Illston |

I, William A. Kershaw, declare as follows:

I am an attorney at law licensed to practice before all courts in the State of California, and the United States District Court, Northern District of California and am one of the attorneys of record for representative plaintiffs and the plaintiff class in the above-entitled action. I have personal knowledge of the matters set forth in herein, except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon as a witness to testify upon the matters stated herein, I would be competent to do so.

1. The lawyers and professional staff of Kershaw, Cutter & Ratinoff ("KCR") have extensive experience and expertise prosecuting class actions and other complex litigation. Over the past 25 years I have personally served as lead and co-lead counsel in scores of class actions, multi-district coordinated proceedings, California Judicial Council Coordinated proceedings and complex cases. I have extensive experience litigating business disputes and commercial class actions and in these endeavors have both defended and prosecuted cases utilizing the class mechanism. For many years I also chaired and supervised the White Collar and Consumer Fraud Division of the Sacramento County District Attorneys Office and have become intimately familiar with California business and Professions Code section 17200 et. seq. Attached hereto as Exhibits 1 and 2 are copies of the professional biographies of Lyle Cook and William A. Kershaw, the two attorneys at KCR who are primarily responsible for the handling of this matter.

2. On February 8, 2008 I received a call from a professional colleague who advised me he was referring a case to my firm involving a potential class action lawsuit on behalf of a class of California residential real estate developers against AT&T. I was advised that an attorney by the name of William Markham had been representing Jensen Enterprises in a case involving "forced purchase resales" by AT&T of certain building materials used in the development of many residential subdivisions throughout California. I was further advised that Mr. Markham had

-1-

been approached by a number of developers and would be calling me to discuss potential class representation, although he could not fully discuss the facts of the case due to a standing protective order. Thereafter Mr. Markham contacted me and ultimately in April 2008 my firm along with Mr. Markham agreed to undertake the joint representation of the putative class in which is more fully described in the complaint, *La Collina Dal Lago, L.P.et. al., Vs. Pacific Bell Telephone Company, et. al.,(La Collina)* filed May 13, 2008 by our respective firms.

3. Following the filing of that complaint Mr. Markham and I agreed that it would be prudent to advise this court of the potential conflict between the Jensen case in which Mr. Markham was serving as plaintiff's counsel and *La Collina* action and request approval from the Court of the conflict waiver that we as putative class counsel had obtained from our respective clients. To that end we agreed to retain ethics counsel, as more fully set forth in the Declaration of William Markham, filed in connection with the instant motion. I believe it is prudent for the court to consider and rule on the propriety of Mr. Markham's class representation in connection with the potential conflict more fully described in his declaration, because this court is entrusted with the ultimate welfare of the class and because it would be quite harmful to class interests if Mr. Markham were to be disqualified from class representation in light of this conflict a year to 18 months into the litigation after the court decides class certification

4. I have reviewed Mr. Markham's declaration in support of plaintiff's motion for approval of named plaintiffs' conflict waiver. I am also generally familiar with the enormous amount of work which Maldonado & Markham have performed in connection with the Jensen litigation. With respect to the putative class in the *La Collina* case, while separate issues abound, there is no doubt that the knowledge and experience acquired by Mr. Markham in the prosecution of the Jensen case would greatly benefit the putative class and be an invaluable asset in the prosecution of *La Collina*. Indeed coordination of the discovery in Jensen as to defendants'

pricing activities with respect to concrete vaults will markedly increase putative class counsels' efficiency in prosecution of the class litigation. Obviously, Mr. Markham is thoroughly familiar with this aspect of the class case and that familiarity can only inure to the benefit of the putative class. It would be an unfortunate and unnecessary waste of judicial resources if Mr. Markham was precluded from participating in the class action due to circumstances which only present the potential for a conflict.

     I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on June 6, 2008 in Sacramento, California.

_____
WILLIAM A. KERSHAW

DECLARATION OF WILLIAM A. KERSHAW IN SUPPORT OF PLAINTIFFS' MOTION

# Exhibit 1

**CONTACT INFORMATION:**
lcook@kcrlegal.com
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

401 Watt Avenue
Sacramento, CA 95864

www.kcrlegal.com



KERSHAW | CUTTER & RATINOFF | LLP

# LYLE W. COOK

### PROFESSIONAL EXPERIENCE

Mr. Cook is a partner in the complex litigation practice area. He is responsible for the prosecution of class actions, including wage and hour, anti-trust, consumer class actions, and class actions involving the automotive industry. Mr. Cook is also responsible for prosecution of mass torts and other complex litigation in state and regional courts.

### PRACTICE EXAMPLES

Specific examples of some of the class action matters Mr. Cook has handled on behalf of clients include:

   A California wage and hour class action against United Parcel Service, Inc. on behalf of more than 23,000 employees.

   Served as lead counsel on class certification in a class action against the State Compensation Insurance Fund on behalf of approximately 160,000 California businesses.

   A national class action against Ford Motor Company on behalf of Ford heavy truck dealerships.

   A national class action against Subaru of New England on behalf of dealerships.

   A national antitrust class action against a manufacturer of reprographic equipment on behalf of school districts.

   A class action against VeriSign, the nation's largest Internet security provider for violation of California's unfair competition and deceptive business practices law related to sale of its security software.

### ACADEMIC BACKGROUND

- B.A. University of California, Santa Barbara 1976
- Outstanding Graduating Senior Award in Philosophy
- J.D. University of California, Davis 1990
- Member, Jessup International Moot Court Team
- American Jurisprudence Award in Jurisprudence

# Exhibit 2

**CONTACT INFORMATION:**
wkershaw@kcrlegal.com
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

401 Watt Avenue
Sacramento, CA 95864

www.kcrlegal.com



KERSHAW | CUTTER & RATINOFF | LLP

# WILLIAM A. KERSHAW

### PROFESSIONAL EXPERIENCE

For over 20 years, Mr. Kershaw has represented clients in class actions and complex litigation in state and federal courts, including coordinated and multi-district proceedings. Prior to entering civil practice, Mr. Kershaw spent nine years in the District Attorney's Office of Sacramento County where he tried more than 75 cases to verdict and supervised the Consumer and White Collar Fraud Division, various felony trial teams, and the Career Criminal Unit.

Mr. Kershaw's experience includes serving as court-appointed lead class counsel and/or liaison counsel on behalf of plaintiffs in numerous class actions and consumer-related proceedings. On occasion, he also served as defense counsel in consolidated securities litigation and other class action cases. His more notable cases include:

- A $330 million settlement against American Honda Motor Co., Inc. on behalf of all present and former Honda dealers alleging RICO violations relating to misallocation of vehicles in a widespread bribery conspiracy.

- A $180 million settlement against a Richmond chemical company for release of sulfuric acid vapor in the San Francisco Bay area.

- An $87 million settlement against UPS which currently is one of the largest meal and rest break settlements in California history.

- A $46 million settlement against Jenny Craig, Inc. for misleading advertising and improper business practices.

- Multiple recoveries on behalf of class members, totaling more than $75 million against the funeral industry for improper handling of human remains.

### PROFESSIONAL ACTIVITIES & AFFILIATIONS

- Past President, Sacramento County Bar Association (SBCA) (1987 - 1988)

- Director/Board Member, California District Attorney's Association (1981 – 1983)

- Secretary/Treasurer and Vice President, Sacramento County Bar Association (1984 – 1988)

- Chair, Judiciary Committee – responsible for evaluating candidates for judicial office and performance of sitting judges (1985 – 1986)

- Chair, SCBA Conference of Delegates Committee to the State Bar Conference of Delegates (1986 – 1987)
- Chair, California Consumer Protection Council (1981 – 1982)
- Member, Board of Directors, Sacramento Downtown Rotary (1984 – 1985)

### PRIOR PROFESSIONAL EXPERIENCE

Kronick, Moskovitz, Tiedemann & Girard, P.C. (member of complex litigation practice group dedicated to prosecution of consumer class action and mass tort matters) (2001-2003)

### MEMBER

The State Bar of California
Sacramento County Bar Association
Capitol City Trial Lawyers Association
Rotary Club (1979 – present)

### ACADEMIC BACKGROUND

B.A. University of Santa Clara, 1969
J.D. University of Santa Clara, 1972

### CONTACT

Email: wkershaw@kcrlegal.com
Tel.: (916) 448-9800
Fax: (916) 669-4499