1  William Markham, State Bar No. 132970
   MALDONADO & MARKHAM, LLP
2  402 West Broadway, 24th Floor
   San Diego, CA 92101
3  Tel:        (619) 221-4400
   Fax:        (619) 224-3974
4  E-mail:     wm@maldonadomarkham.com

5  William A. Kershaw, State Bar No. 57486
   Lyle Cook, State Bar No. 148914
6  KERSHAW, CUTTER & RATINOFF, LLP
   401 Watt Avenue, Sacramento California 95864
7  Sacramento, California 95814-2719
   Tel:        (916) 448-9800
8  Fax:        (916) 669-4499
   E-mail:     wkershaw@kcrlegal.com
9

10 Attorneys for Plaintiffs, COLLINA DAL LAGO, L.P. and BERNAU DEVELOPMENT
   CORPORATION.

11
                          **UNITED STATES DISTRICT COURT**
12
                          **NORTHERN DISTRICT OF CALIFORNIA**
13
                                **SAN FRANCISCO DIVISION**
14

15 | LA COLLINA DAL LAGO, L.P.;        ) | Case No. 08 CV 02451 SI
   | BERNAU DEVELOPMENT                )
16 | CORPORATION; and all similarly    )
   | situated legal persons,           )
17 |                                   ) [PROPOSED] ORDER GRANTING
   |         Plaintiffs,               ) APPROVAL OF CONFLICT WAIVER
18 |                                   )
   |     Vs.                           )
19 |                                   ) Date:   June 27, 2008
   | PACIFIC BELL TELEPHONE            ) Time:   9:00 a.m.
20 | COMPANY; NEVADA BELL              ) Place:  Courtroom 10, 19th Floor
   | TELEPHONE COMPANY; AT&T           )
21 | SERVICES, INC.; and OLDCASTLE     ) Courtroom 10, 19th Floor
   | PRECAST, INC.,                    )
22 |                                   ) The Hon. Susan Illston
   |         Defendants.               )
23 |_____) Complaint Filed:  May 13, 2008

24

25

26

27

28

PROPOSED ORDER GRANTING APPROVAL OF CONFLICT WAIVER

1  On June 27, 2008, at 9:00 a.m., in Courtroom 10, this Court heard Plaintiffs' motion for
2  approval of their waiver of potential conflicts of interest (the "Conflict Waiver"). The motion was
3  joined by Jensen Enterprises, Inc. ("Jensen"), which is the plaintiff in the related case of *Jensen*
4  *Enterprises, Inc. v. Oldcastle Precast, Inc. et al.*, Case No. C 06-0247 SI (JCS) (the "Jensen Case").

5  The Court, having considered the submissions made by the parties and the arguments urged
6  by counsel, and otherwise finding good cause therefor, now issues the following ORDER:

7  The Court approves of the Conflict Waiver, finding that it has been made in accordance with
8  Rule 3-310 of the California Rules of Professional Conduct, so that Jensen and Plaintiffs have
9  properly given their informed, written consent to the Conflict Waiver, authorizing the law firm of
10 Maldonado & Markham, LLP to perform the concurrent representation of Jensen in the Jensen Case
11 and Plaintiffs in the present case.

12 The Court further rules Plaintiffs, who are proposed representatives of a putative class, have
13 properly given their informed consent to this waiver on behalf of the putative class. The Court
14 reserves its right to decline to appoint the named plaintiffs as the class representatives during class
15 certification proceedings.

16 **IT IS SO ORDERED.**

18 DATED: June ___, 2008

19 Susan Illston,
United States District Court Judge