FOLGER LEVIN & KAHN LLP
Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
Beatrice B. Nguyen (CSB No. 172961, bnguyen@flk.com)
Janine L. Scancarelli (CSB No. 197202, jscancarelli@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant Oldcastle Precast, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LA COLLINA DAL LAGO, L.P; BERNAU DEVELOPMENT CORPORATION; and all similarly situated legal persons,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY; NEVADA BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and OLDCASTLE PRECAST, INC.,<br><br>Defendants. | Case No. C-08-2451 SI<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

    WHEREAS, Plaintiffs La Collina dal Lago, L.P. and Bernau Development Corporation ("Plaintiffs") caused a summons and complaint in this action to be served on each of the Defendants Pacific Bell Telephone Company, Nevada Bell Telephone Company, AT&T Services, Inc., and Oldcastle Precast, Inc. (each, a "Defendant"; collectively, "Defendants") on May 19, 2008, and

    WHEREAS, each summons states that the Defendant's response to the complaint is due

within 20 days after service of the summons, and

WHEREAS Defendants have requested an extension of time until June 20 to respond to the complaint, and Plaintiffs have agreed to that request, and

WHEREAS, the extension will not alter any the date of any event or deadline already fixed by Court order; THEREFORE

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that Defendants' responses to Plaintiffs' complaint shall be filed and served on June 20, 2008.

**IT IS SO STIPULATED.**

Dated: June 6, 2008              FOLGER LEVIN & KAHN LLP

                                                                                               /s/
Janine L. Scancarelli
Attorneys for Defendant Oldcastle Precast, Inc.

Dated: June 6, 2008              AT&T SERVICES, INC. LEGAL DEPT.

                                                             /s/
Raymond P. Bolaños
Attorneys for Defendants Pacific Bell Telephone Company, Nevada Bell Telephone Company and AT&T Services, Inc.

Dated: June 6, 2008              MALDONADO & MARKHAM LLP

                                                             /s/
William A. Markham
Attorneys for Plaintiffs La Collina dal Lago, L.P. and Bernau Development Corporation

I hereby attest that I have been authorized by Raymond P. Bolaños and William A. Markham to e-file this document with their "conformed" signatures (/s/).

                                                             /s/
Janine L. Scancarelli

71073\6002\604180.1