1  FOLGER LEVIN & KAHN LLP
   Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
2  Beatrice B. Nguyen (CSB No. 172961, bnguyen@flk.com)
   Janine L. Scancarelli (CSB No. 197202, jscancarelli@flk.com)
3  Embarcadero Center West
   275 Battery Street, 23rd Floor
4  San Francisco, CA  94111
   Telephone: (415) 986-2800
5  Facsimile: (415) 986-2827

6  Attorneys for Defendant Oldcastle Precast, Inc.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC., | **RELATED CASES** |
| Plaintiff, | Case No. C-06-0247 SI (JCS) |
| v. | |
| OLDCASTLE PRECAST, INC.; PACIFIC BELL TELEPHONE COMPANY; NEVADA BELL TELEPHONE COMPANY; and AT&T SERVICES, INC., | |
| Defendants. | |
| LA COLLINA DAL LAGO, L.P.; BERNAU DEVELOPMENT CORPORATION; and all similarly situated legal persons, | Case No. C-08-2451 SI<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' CONSOLIDATED MOTION FOR COORDINATION OF PROCEEDINGS** |
| Plaintiffs, | |
| v. | |
| PACIFIC BELL TELEPHONE COMPANY; NEVADA BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and OLDCASTLE PRECAST, INC., | |
| Defendants. | |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER DENYING PLAINTIFFS'
MOTION FOR COORDINATION OF PROCEEDINGS;
CASE NOS. C-06-0247 SI AND C-08-2451 SI

1  Plaintiffs' Consolidated Motion for Coordination of Proceedings ("Plaintiffs'
2  Coordination Motion") in the above-captioned related cases came on for hearing before this Court
3  on June 27, 2008.  After full consideration of the points and authorities and all supporting
4  documents submitted by counsel, as well as the oral argument by counsel, and for good cause
5  shown:

6  IT IS HEREBY ORDERED that Plaintiffs' Coordination Motion be DENIED WITHOUT
7  PREJUDICE.

8  Dated: _____, 2008

_____
Hon. Susan Illston
United States District Judge

71073\6002\605598.1

FOLGER LEVIN & KAHN LLP
ATTORNEYS AT LAW

-2-   [PROPOSED] ORDER DENYING PLAINTIFFS'
MOTION FOR COORDINATION OF PROCEEDINGS;
CASE NOS. C-06-0247 SI AND C-08-2451 SI