1  FOLGER LEVIN & KAHN LLP
   Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
2  Beatrice B. Nguyen (CSB No. 172961, bnguyen@flk.com)
   Janine L. Scancarelli (CSB No. 197202, jscancarelli@flk.com)
3  Embarcadero Center West
   275 Battery Street, 23rd Floor
4  San Francisco, CA  94111
   Telephone: (415) 986-2800
5  Facsimile: (415) 986-2827

6  Attorneys for Defendant Oldcastle Precast, Inc.

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  JENSEN ENTERPRISES, INC., | **RELATED CASES** |
| 13        Plaintiff, | Case No. C-06-0247 SI (JCS) |
| 14       v. | |
| 15  OLDCASTLE PRECAST, INC.; PACIFIC BELL TELEPHONE COMPANY; | |
| 16  NEVADA BELL TELEPHONE COMPANY; and AT&T SERVICES, | |
| 17  INC., | |
| 18        Defendants. | |
| 19  LA COLLINA DAL LAGO, L.P.; BERNAU DEVELOPMENT | Case No. C-08-2451 SI |
| 20  CORPORATION; and all similarly situated legal persons, | **PROOF OF SERVICE** |
| 21 | Date:          June 27, 2008 |
| 22        Plaintiffs, | Time:          9:00 a.m. |
|    v. | Judge:        Honorable Susan Illston |
| 23 | Courtroom: 10, 19th Floor |
| 24  PACIFIC BELL TELEPHONE COMPANY; NEVADA BELL | |
| 25  TELEPHONE COMPANY; AT&T SERVICES, INC.; and OLDCASTLE | |
| 26  PRECAST, INC., | |
| 27        Defendants. | |

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

1   I, Diane D. Blick, state:

2   My business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San
    Francisco, California 94111.  I am over the age of eighteen years and not a party to this action.

3
    On the date set forth below, I served the foregoing document(s) described as:
4

5       **DEFENDANT OLDCASTLE PRECAST, INC.'S**
        **OPPOSITION TO PLAINTIFFS' CONSOLIDATED**
        **MOTION FOR COORDINATION OF PROCEEDINGS**
6

7       **DEFENDANT OLDCASTLE PRECAST, INC.'S**
        **[PROPOSED] ORDER DENYING PLAINTIFFS'**
        **CONSOLIDATED MOTION FOR COORDINATION OF**
8       **PROCEEDINGS**

9   on the following person(s) in this action:

10      **William Markham**                      **Raymond P. Bolaños**
        **Maldonado & Markham LLP**              **AT&T Services, Inc.**
11      **402 West Broadway, 24th Floor**        **Legal Department, 20th Floor**
        **San Diego, CA 92101**                  **525 Market Street**
12      **Fax: (619) 224-3974**                  **San Francisco, CA 94105**
        **Email: wm@maldonadomarkham.com**       **Fax: (415) 882-4458**
13                                               **Email: rb2659@att.com**

14      **Aaron M. Panner**                      **William A. Kershaw**
        **Kellogg, Huber, Hansen, Todd,**        **Lyle W. Cook**
15      **Evans & Figel, P.L.L.C.**              **Kershaw Cutter & Ratinoff LLP**
        **1615 M Street, N.W., Suite 400**       **401 Watt Avenue**
16      **Washington, DC 20036-3209**            **Sacramento, CA 95814-2719**
        **Fax: (202) 326-7999**                  **Fax: (916) 669-4499**
17      **Email: apanner@khhte.com**             **Email: wkershaw@kcrlegal.com**
                                                 **     lcook@kcrlegal.com**
18

19      ☒   BY FIRST CLASS MAIL:  I am employed in the City and County of San
            Francisco where the mailing occurred.  I enclosed the document(s) identified
            above in a sealed envelope or package addressed to the person(s) listed above,
20          with postage fully paid.  I placed the envelope or package for collection and
            mailing, following our ordinary business practice.  I am readily familiar with this
21          firm's practice for collecting and processing correspondence for mailing.  On the
            same day that correspondence is placed for collection and mailing, it is deposited
22          in the ordinary course of business with the United States Postal Service.

23      ☐   BY MESSENGER SERVICE:  I served the document(s) identified above by
            placing them in an envelope or package addressed to the person(s) listed above and
24          providing them to a professional messenger service for service.  A declaration of
            personal service by the messenger is attached.
25

26      ☐   BY OVERNIGHT DELIVERY:  I enclosed the document(s) identified above in a
            sealed envelope or package addressed to the person(s) listed above, in an envelope
            or package designated by the overnight delivery carrier with delivery fees paid or
27          provided for.  I placed the envelope or package for collection and overnight
            delivery at an office or a regularly utilized drop box of the overnight delivery
28          carrier, or by delivering to a courier or driver authorized by the overnight delivery

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

                          -1-                    PROOF OF SERVICE; CASE NOS. C-06-0247 SI
                                                 AND C-08-2451 SI

1    carrier to receive documents.

2    ☐    BY FACSIMILE:  Based on an agreement of the parties to accept service by
         facsimile transmission, I faxed the document(s) identified above to the person(s) at
3        the fax number(s) listed above.  The transmission was reported complete and
         without error.  I have attached a copy of the transmission report that was issued by
4        the facsimile machine.

5    ☒    BY ELECTRONIC MAIL:  Based on a court order or an agreement of the parties
         to accept service by electronic mail, I caused the document(s) identified above to
6        be transmitted electronically to the person(s) at the e-mail address(es) listed above.
         I did not receive, within a reasonable time after the transmission, any electronic
7        message or other indication that the transmission was unsuccessful.

8        I declare under penalty of perjury under the laws of the United States and the State of
California that the foregoing is true and correct.

9
        Executed on June 13, 2008, at San Francisco, California.
10

11
                                                    /s/
12                                          Diane D. Blick

13
        I declare under penalty of perjury under the laws of the United States and the State of
14   California that the foregoing is true and correct.

15                                   /s/ Diane D. Blick

16   71073\6001\591055.1

17

18

19

20

21

22

23

24

25

26

27

28