FOLGER LEVIN & KAHN LLP
Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
Beatrice B. Nguyen (CSB No. 172961, bnguyen@flk.com)
Janine L. Scancarelli (CSB No. 197202, jscancarelli@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant Oldcastle Precast, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>OLDCASTLE PRECAST, INC.; PACIFIC BELL TELEPHONE COMPANY; SBC SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY,<br>    Defendants. | **RELATED CASES**<br><br>Case No. C-06-0247 SI (JCS) |
| LA COLLINA DAL LAGO, L.P; BERNAU DEVELOPMENT CORPORATION; and all similarly situated legal persons,<br><br>    Plaintiffs,<br><br>    v.<br><br>PACIFIC BELL TELEPHONE COMPANY; NEVADA BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and OLDCASTLE PRECAST, INC.,<br><br>    Defendants. | Case No. C-08-2451 SI<br><br>**DECLARATION OF JANINE L. SCANCARELLI IN SUPPORT OF DEFENDANT OLDCASTLE PRECAST, INC.'S, OPPOSITION TO PLAINTIFFS' MOTION TO APPROVE CONFLICT WAIVER**<br><br>Date:         June 27, 2008<br>Time:        9:00 a.m.<br>Judge:      Honorable Susan Illston<br>Courtroom: 10, 19th Floor |

FOLGER LEVIN & KAHN LLP
ATTORNEYS AT LAW

SCANCARELLI DECLARATION IN OPP'N TO PLAINTIFFS' MOTION TO APPROVE CONFLICT WAIVER; CASE NOS. C-06-0247 SI AND C-08-2451 SI

I, Janine L. Scancarelli, declare as follows:

1. I am a member of the law firm of Folger Levin & Kahn LLP, counsel of record for defendant Oldcastle Precast, Inc. I have personal first-hand knowledge of the facts stated herein, and if called as a witness, could and would testify competently to them.

2. Attached as Exhibit 1 is a true and correct copy of a printout made on June 7, 2008, of a docket report from the Court's website for Case No. 08-02451, *La Collina dal Lago, L.P. et al. v. Pacific Bell Telephone Company et al.* The printout shows Lyle Whitman Cook of Kershaw, Cutter & Ratinoff, LLP, as counsel for plaintiffs La Collina dal Lago, L.P. and Bernau Development Corporation.

3. By June 6, 2008, the Court's website showed Lyle Whitman Cook of Kershaw, Cutter & Ratinoff, LLP, as counsel for plaintiff Jensen Enterprises, Inc.

4. Attached as Exhibit 2 is a true and correct copy of a printout made on June 7, 2008, of a docket report from the Court's website for Case No. C 06-00247, *Jensen Enterprises, Inc. v. Oldcastle Precast, Inc., et al.* The printout shows Lyle Whitman Cook of Kershaw, Cutter & Ratinoff, LLP, as counsel for plaintiff Jensen Enterprises, Inc..

5. Attached as Exhibit 3 is a true and correct copy of an excerpt from the transcript of the deposition of Anthony Shanks, President of Jensen Enterprises, Inc., taken on March 21, 2008 in Case No. C 06-00247, *Jensen Enterprises, Inc. v. Oldcastle Precast, Inc., et al.*

6. At an April 25, 2008, case management conference in *Jensen Enterprises, Inc. v. Oldcastle Precast, Inc.*, in connection with discussions about scheduling further ADR proceedings, counsel for Plaintiff Jensen stated that his client was eager to settle the case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in San Francisco, California, on June 13, 2008.

/S/ JANINE L. SCANCARELLI

71073\6002\605125.1

FOLGER LEVIN & KAHN LLP
ATTORNEYS AT LAW

-2-    SCANCARELLI DECLARATION IN OPP'N TO PLAINTIFFS' MOTION TO APPROVE CONFLICT WAIVER; CASE NOS. C-06-0247 SI AND C-08-2451 SI

ADRMOP, E-Filing, RELATE

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-02451-SI

La Collina Dal Lago, L.P. et al v. Pacific Bell Telephone Company et al
Assigned to: Hon. Susan Illston
Relate Case Case: 3:06-cv-00247-SI
Cause: 15:1 Antitrust Litigation

Date Filed: 05/13/2008
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

### Plaintiff

**La Collina Dal Lago, L.P.**  represented by  **Lyle Whitman Cook**
Kershaw, Cutter & Ratinoff, LLP
401 Watt Avenue
Sacramento, CA 95864
916-448-9800
Fax: 916-669-4499
Email: lcook@kcrlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Kershaw**
Kershaw Cutter & Ratinoff, LLP
401 Watt Avenue
Sacramento, CA 95814
916-448-9800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William A. Markham**
Maldonado & Markham, LLP
402 West Broadway, 24th Floor
San Diego, CA 92101
619-221-4400
Fax: 619-224-3974
Email: wm@maldonadomarkham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Bernau Development Corporation**  represented by  **Lyle Whitman Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                **William Kershaw**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **William A. Markham**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

V.

<u>Defendant</u>

**Pacific Bell Telephone Company**

<u>Defendant</u>

**Nevada Bell Telephone Company**

<u>Defendant</u>

**AT&T Services, Inc.**

<u>Defendant</u>

**Oldcastle Precast, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2008 | 1 | COMPLAINT /issued summons against Nevada Bell Telephone Company, AT&T Services, Inc., Oldcastle Precast, Inc., Pacific Bell Telephone Company ( Filing fee $ 350, receipt number 34611019103.). Filed byLa Collina Dal Lago, L.P., Bernau Development Corporation. (ga, COURT STAFF) (Filed on 5/13/2008) (Entered: 05/13/2008) |
| 05/13/2008 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 8/14/2008. Case Management Conference set for 8/21/2008 10:00 AM.. Signed by Judge Maria-Elena James on 5/13/08. (Attachments: # 1 Judge Standing Order, # 2 Court Standing Order, # 3 Consent/Decline Form)(ga, COURT STAFF) (Filed on 5/13/2008) (Entered: 05/13/2008) |
| 05/13/2008 |   | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 5/13/2008) (Entered: 05/13/2008) |
| 05/23/2008 | 3 | CERTIFICATE OF SERVICE by La Collina Dal Lago, L.P. (Markham, William) (Filed on 5/23/2008) (Entered: 05/23/2008) |
| 05/28/2008 | 4 | STIPULATION by La Collina Dal Lago, L.P., Bernau Development Corporation. (Markham, William) (Filed on 5/28/2008) (Entered: 05/28/2008) |
| 05/30/2008 |   | Case Reassigned to Judge Hon. Susan Illston. Judge Magistrate Judge Maria-Elena James no longer assigned to the case. Signed by Executive Committee on |

|            |    |                                                                                                                                                                                                                                                                                    |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | 5/30/08. (mab, COURT STAFF) (Filed on 5/30/2008) (Entered: 05/30/2008)                                                                                                                                                                                                             |
| 06/02/2008 | 5  | CLERK'S NOTICE re: Failure to E-File complaint by plaintiffs' counsel.(ys, COURT STAFF) (Filed on 6/2/2008) (Entered: 06/02/2008)                                                                                                                                                  |
| 06/02/2008 | 6  | ORDER RELATING CASE 06-0247. Signed by Judge Susan Illston. (ts, COURT STAFF) (Filed on 6/2/2008) (Entered: 06/02/2008)                                                                                                                                                            |
| 06/06/2008 | 7  | MOTION for Coordination of Proceedings filed by La Collina Dal Lago, L.P., Bernau Development Corporation. Motion Hearing set for 6/27/2008 09:00 AM in Courtroom 10, 19th Floor, San Francisco. (Attachments: # 1 Proposed Order re Coordination of Related Actions)(Cook, Lyle) (Filed on 6/6/2008) (Entered: 06/06/2008) |
| 06/06/2008 | 8  | MOTION Approval of Conflict Waiver filed by La Collina Dal Lago, L.P., Bernau Development Corporation. Motion Hearing set for 6/27/2008 09:00 AM in Courtroom 10, 19th Floor, San Francisco. (Markham, William) (Filed on 6/6/2008) (Entered: 06/06/2008)                          |
| 06/06/2008 | 9  | Declaration in Support of 8 MOTION Approval of Conflict Waiver *Declaration of James Ham* filed byLa Collina Dal Lago, L.P., Bernau Development Corporation. (Related document(s) 8 ) (Markham, William) (Filed on 6/6/2008) (Entered: 06/06/2008)                                  |
| 06/06/2008 | 10 | Declaration of Ellen Pansky filed byLa Collina Dal Lago, L.P., Bernau Development Corporation. (Markham, William) (Filed on 6/6/2008) (Entered: 06/06/2008)                                                                                                                        |
| 06/06/2008 | 11 | Declaration of William Kershaw in Support of 8 MOTION Approval of Conflict Waiver filed byLa Collina Dal Lago, L.P., Bernau Development Corporation. (Related document(s) 8 ) (Markham, William) (Filed on 6/6/2008) (Entered: 06/06/2008)                                          |
| 06/06/2008 | 12 | Declaration of William Markham in Support of 8 MOTION Approval of Conflict Waiver filed byLa Collina Dal Lago, L.P., Bernau Development Corporation. (Related document(s) 8 ) (Markham, William) (Filed on 6/6/2008) (Entered: 06/06/2008)                                          |
| 06/06/2008 | 13 | Declaration of Ellen Pansky in Support of 8 MOTION Approval of Conflict Waiver filed byLa Collina Dal Lago, L.P., Bernau Development Corporation. (Related document(s) 8 ) (Markham, William) (Filed on 6/6/2008) (Entered: 06/06/2008)                                             |
| 06/06/2008 | 14 | Proposed Order re 8 MOTION Approval of Conflict Waiver by La Collina Dal Lago, L.P., Bernau Development Corporation. (Markham, William) (Filed on 6/6/2008) (Entered: 06/06/2008)                                                                                                   |

ADRMOP, E-Filing, ENETERM, REFDISC, REFSET-BZ

## U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:06-cv-00247-SI

Jensen Enterprises, Inc. v. AT&T, Inc. et al
Assigned to: Hon. Susan Illston
Referred to: Magistrate Judge Joseph C. Spero
             Magistrate Judge Bernard Zimmerman (Settlement)
Demand: $0
Relate Case Case: 3:08-cv-02451-SI
Cause: 15:1 Antitrust Litigation

Date Filed: 01/12/2006
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Jensen Enterprises, Inc.**　　　　　represented by　**William A. Markham**
Maldonado & Markham, LLP
402 West Broadway, 24th Floor
San Diego, CA 92101
619-221-4400
Fax: 619-224-3974
Email: wm@maldonadomarkham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lyle Whitman Cook**
Kershaw, Cutter & Ratinoff, LLP
401 Watt Avenue
Sacramento, CA 95864
916-448-9800
Fax: 916-669-4499
Email: lcook@kcrlegal.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Oldcastle, Inc.**　　　　　represented by　**Janine Laura Scancarelli**
*TERMINATED: 10/30/2006*
*doing business as*
Utility Vault Company
*TERMINATED: 10/30/2006*

Folger Levin & Kahn LLP
275 Battery Street
23rd Floor
San Francisco, CA 94111
415-986-2800
Fax: 415-986-2827
Email: jscancarelli@flk.com

                                      *TERMINATED: 05/07/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Ray Miller**
Sidley Austin LLP
555 California Street, Suite 5000
San Francisco, CA 94111
(415) 772-1200
Fax: (415) 772-7400
Email: srmiller@sidley.com
*TERMINATED: 05/07/2007*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pacific Bell Telephone Company**      represented by    **Bobby C. Lawyer**
AT&T Services, Inc. - Legal Department
525 Market Street
20th Floor
San Francisco, CA 94105
(415) 778-1213
Fax: (415) 882-4458
Email: bl2153@att.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond P. Bolanos**
AT&T Services, Inc. Legal Department
525 Market Street, 20th Floor
San Francisco, CA 94105-2727
415-778-1357
Fax: 415-882-4458
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron M. Panner**
Kellogg Huber Hansen Todd Evans & Figel, PLLC
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SBC Services, Inc.**      represented by    **Raymond P. Bolanos**
AT&T Services, Inc. Legal Department
525 Market Street, 20th Floor
San Francisco, CA 94105-2727

415-778-1357
Fax: 415-882-4458
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron M. Panner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bobby C. Lawyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nevada Bell Telephone Company**　　represented by　**Bobby C. Lawyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond P. Bolanos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron M. Panner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Oldcastle Precast, Inc.**　　represented by　**Janine Laura Scancarelli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Alexander Kahn**
Folger Levin & Kahn LLP
Embarcadero Center West
275 Battery Street
23rd Floor
San Francisco, CA 94111
415-986-2800
Fax: 415-986-2827
Email: MKAHN@FLK.COM
*ATTORNEY TO BE NOTICED*

**Samuel Ray Miller**
(See above for address)
*TERMINATED: 05/07/2007*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2008 | 300 | STIPULATION *Regarding Expert Designations*. (Scancarelli, Janine) (Filed on 5/19/2008) (Entered: 05/19/2008) |
| 05/21/2008 | 301 | ORDER re: expert designations. Signed by Judge Illston on 5/20/08. (ts, COURT STAFF) (Filed on 5/21/2008) (Entered: 05/21/2008) |
| 05/23/2008 | 302 | Letter from William Markham to the Honorable Joseph C. Spero. (Attachments: # 1 Exhibit Exhibit 2 to Letter of May 23, 2008 to the Hon. Joseph C. Spero, # 2 Exhibit Exhibit 3 to the Letter of May 23, 2008 to the Hon. Joseph C. Spero)(Markham, William) (Filed on 5/23/2008) (Entered: 05/23/2008) |
| 05/23/2008 | 303 | Proposed Order *Granting Application for Admission of Attorney Pro Hac Vice* by Pacific Bell Telephone Company. (Attachments: # 1 Application for Admission of Attorney Pro Hac Vice, filing fee $210.00, receipt #34611019635)(Lawyer, Bobby) (Filed on 5/23/2008) Modified on 6/2/2008 (ys, COURT STAFF). (Entered: 05/23/2008) |
| 05/27/2008 | 304 | CLERK'S NOTICE Telephonic Hearing Re: discovery disputes 302 set for 5/29/2008 02:30 PM. before Magistrate Judge Joseph Spero. Counsel shall immediately contact the courtroom deputy at (415) 522-3018 and provide the telephone number where they may be reached on the day of the hearing. The Court will initiate the conference call. (fj, COURT STAFF) (Filed on 5/27/2008) (Entered: 05/27/2008) |
| 05/27/2008 | 305 | ORDER Granting re 303 Application For Admission of Aaron M. Panner Pro Hac Vice filed by Pacific Bell Telephone Company. Signed by Judge Joseph C. Spero on 5/27/08. (fj, COURT STAFF) (Filed on 5/27/2008) (Additional attachment(s) added on 5/28/2008: # 1 Order) (ewn, COURT STAFF). (Entered: 05/27/2008) |
| 05/28/2008 | 306 | STIPULATION re 302 Letter, *Resolution of Specified Discovery Matters* by Jensen Enterprises, Inc.. (Markham, William) (Filed on 5/28/2008) (Entered: 05/28/2008) |
| 05/28/2008 | 307 | STIPULATION *(Re: Designation of Related Cases 08-2451-MEJ)* by Jensen Enterprises, Inc.. (Markham, William) (Filed on 5/28/2008) Modified on 5/29/2008 (ys, COURT STAFF). (Entered: 05/28/2008) |
| 05/28/2008 | 308 | MOTION to Stay *Notice of Motion and Motion for a Stay* filed by Oldcastle Precast, Inc.. (Scancarelli, Janine) (Filed on 5/28/2008) (Entered: 05/28/2008) |
| 05/28/2008 | 309 | Brief re 308 MOTION to Stay *Notice of Motion and Motion for a Stay Memorandum of Points and Authorities in Support* filed byOldcastle Precast, Inc.. (Related document(s) 308 ) (Scancarelli, Janine) (Filed on 5/28/2008) (Entered: 05/28/2008) |
| 05/28/2008 | 310 | Declaration of Janine L. Scancarelli in Support of 308 MOTION to Stay *Notice of Motion and Motion for a Stay* filed byOldcastle Precast, Inc.. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Related document(s) 308 ) (Scancarelli, Janine) (Filed on 5/28/2008) (Entered: 05/28/2008) |
| 05/28/2008 | 311 | Proposed Order re 308 MOTION to Stay *Notice of Motion and Motion for a Stay* by Oldcastle Precast, Inc.. (Scancarelli, Janine) (Filed on 5/28/2008) (Entered: 05/28/2008) |
| 05/28/2008 | 312 | Letter from William Markham to the Hon. Joseph C. Spero *(Withdrawal of Pending Request for Discovery Relief and Sanctions)*. (Markham, William) (Filed on 5/28/2008) (Entered: 05/28/2008) |
| 05/29/2008 | 313 | ORDER RE STIPULATION TO RELATE CASES 08-2451 re 307 . Signed by Judge Susan Illston. (SI, COURT STAFF) (Filed on 5/29/2008) (Entered: 05/29/2008) |
| 05/29/2008 | 314 | ORDER GRANTING re 306 Stipulated Resolution of Specified Discovery Matters filed by Jensen Enterprises, Inc. Signed by Judge Joseph C. Spero on 5/29/08. (sp, COURT STAFF) (Filed on 5/29/2008) (Entered: 05/29/2008) |
| 06/06/2008 | 315 | Amended MOTION to Stay re 308 MOTION to Stay *Notice of Motion and Motion for a Stay* filed by Oldcastle Precast, Inc.. Motion Hearing set for 6/27/2008 09:00 AM in Courtroom 10, 19th Floor, San Francisco. (Scancarelli, Janine) (Filed on 6/6/2008) (Entered: 06/06/2008) |
| 06/06/2008 | 316 | CERTIFICATE OF SERVICE by Oldcastle Precast, Inc. re 315 Amended MOTION to Stay re 308 MOTION to Stay *Notice of Motion and Motion for a Stay*Amended MOTION to Stay re 308 MOTION to Stay *Notice of Motion and Motion for a Stay* (Scancarelli, Janine) (Filed on 6/6/2008) (Entered: 06/06/2008) |
| 06/06/2008 | 317 | MOTION for Coordination of Proceedings filed by Jensen Enterprises, Inc.. Motion Hearing set for 6/27/2008 09:00 AM in Courtroom 10, 19th Floor, San Francisco. (Attachments: # 1 Proposed Order re Coordination of Related Actions)(Cook, Lyle) (Filed on 6/6/2008) (Entered: 06/06/2008) |
| 06/07/2008 | 318 | Memorandum in Opposition re 308 MOTION to Stay *Notice of Motion and Motion for a Stay* filed byJensen Enterprises, Inc.. (Markham, William) (Filed on 6/7/2008) (Entered: 06/07/2008) |
| 06/07/2008 | 319 | Memorandum in Opposition re 308 MOTION to Stay *Notice of Motion and Motion for a Stay* filed byJensen Enterprises, Inc.. (Markham, William) (Filed on 6/7/2008) (Entered: 06/07/2008) |
| 06/07/2008 | 320 | Declaration of William Markham in Support of 319 Memorandum in Opposition *to Defendant Oldcastle's Motion for a Judicial Stay* filed byJensen Enterprises, Inc.. (Attachments: # 1 Exhibit Exhibit 2)(Related document(s) 319 ) (Markham, William) (Filed on 6/7/2008) (Entered: 06/07/2008) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

JENSEN ENTERPRISES, INC.,           )
                                    )
            Plaintiff,              )
                                    )
vs.                                 )   No. C-06-0247 SI(JCS)
                                    )
OLDCASTLE PRECAST, INC.; PACIFIC    )
BELL TELEPHONE COMPANY; SBC         )
SERVICES, INC.; and NEVADA BELL     )
TELEPHONE COMPANY,                  )
                                    )
            Defendants.             )
_____)

VIDEOTAPED DEPOSITION OF ANTHONY H. SHANKS
San Diego, California
Friday, March 21, 2008

REPORTED BY: DEBBY M. GLADISH, CSR NO. 9803
Registered Professional Reporter
Certified LiveNote Reporter
Job No. 79371

**CERTIFIED COPY**

Esquire Deposition Services          505 Sansome Street, 5th Floor          San Francisco, California 9411
Phone (415) 288-4280                      (800) 770-3363                    Fax (415) 288-4286

9a2a4321-10e4-4690-ae2f-98d6c1ddc95f

| | | |
|---|---|---|
| | 1 | Precast, Inc. |
| 09:15:35 | 2 | MR. BOLANOS: Ray Bolanos for the AT&T |
| | 3 | defendants. |
| 09:15:38 | 4 | THE VIDEOGRAPHER: Will the court |
| | 5 | reporter please swear in the witness. |
| 09:15:40 | 6 | |
| 09:15:40 | 7 | ANTHONY H. SHANKS, |
| 09:15:40 | 8 | having been sworn, testified as follows: |
| 09:15:40 | 9 | |
| 09:15:40 | 10 | EXAMINATION |
| 09:15:51 | 11 | BY MS. SCANCARELLI: |
| 09:15:53 | 12 | Q.   Good morning, Mr. Shanks. |
| 09:15:54 | 13 | A.   Good morning. |
| 09:15:55 | 14 | Q.   I know that you've been through this |
| | 15 | drill before, but just to remind you and to remind |
| | 16 | myself, we need to be careful of the court reporter |
| | 17 | and we need to make sure that we speak clearly and |
| | 18 | distinctly and we don't nod our heads instead of -- |
| | 19 | instead of talking and that we don't interrupt each |
| | 20 | other.  So I will do my best to do that and I hope |
| | 21 | you will do that too, please. |
| 9:16:20 | 22 | A.   Yes. |
| 9:16:20 | 23 | Q.   Thank you. |
| 9:16:20 | 24 | MR. MARKHAM: I would just like to state |
| | 25 | on the record that Mr. Shanks is being produced |

Esquire Deposition Services          505 Sansome Street, 5th Floor          San Francisco, California 9411
Phone (415) 288-4280                        (800) 770-3363                          Fax (415) 288-4286

9a2a4321-10e4-4690-ae2f-98d6c1ddc95f

| | | |
|---|---|---|
| 6:15 | 1 | A. No. |
| 11:06:16 | 2 | Q. Was Jensen the primary supplier of |
| | 3 | utility vaults for AT&T installations in northern |
| | 4 | Nevada in 2002, 2003, 2004 and 2005? |
| 11:06:28 | 5 | MR. MARKHAM: Vague. Can we break that |
| | 6 | down by year? |
| 11:06:33 | 7 | MS. SCANCARELLI: Let's see if we can do |
| | 8 | it without breaking it down. |
| 11:06:37 | 9 | MR. MARKHAM: Go ahead and answer. |
| 11:06:38 | 10 | THE WITNESS: Yes, yes, yes, yes, yes. |
| 11:06:43 | 11 | BY MS. SCANCARELLI: |
| 11:06:43 | 12 | Q. Well, actually, then -- |
| 11:06:47 | 13 | A. Unless that takes us to 2006. |
| 11:06:48 | 14 | Q. We have an extra "yes." I was asking -- |
| 11:06:51 | 15 | A. I'm off by one, yes. |
| 11:06:53 | 16 | Q. For 2003 through -- 2002 through 2005? |
| 11:06:57 | 17 | MR. MARKHAM: There we go. |
| 11:07:01 | 18 | THE WITNESS: Uh-huh. |
| 11:07:02 | 19 | BY MS. SCANCARELLI: |
| 11:07:02 | 20 | Q. And you spoke with some people from Kiley |
| | 21 | Ranch? |
| 11:07:06 | 22 | A. Uh-huh. |
| 11:07:06 | 23 | Q. And where does Kiley Ranch construct |
| | 24 | developments? |
| 11:07:13 | 25 | A. Northern Cal- -- northern Nevada. |

Esquire Deposition Services          505 Sansome Street, 5th Floor          San Francisco, California 9411
Phone (415) 288-4280                 (800) 770-3363                         Fax (415) 288-4286

9a2a4321-10e4-4690-ae2f-98d6c1ddc95f

```
 1
 2
 3
 4         I, the undersigned, a Certified Shorthand
 5  Reporter of the State of California, do hereby certify:
 6         That the foregoing proceedings were taken before
 7  me at the time and place herein set forth; that any
 8  witnesses in the foregoing proceedings, prior to
 9  testifying, were placed under oath; that a verbatim
10  record of the proceedings was made by me using machine
11  shorthand which was thereafter transcribed under my
12  direction; further, that the foregoing is an accurate
13  transcription thereof.
14         I further certify that I am neither financially
15  interested in the action nor a relative or employee of
16  any attorney of any of the parties.
17         IN WITNESS WHEREOF, I have this date subscribed
18  my name.
19
20  Dated: April 9, 2008
21
22
23              Debby Gladish
            DEBBY M. GLADISH
24          CSR No. 9803, RPR
25
```