1  FOLGER LEVIN & KAHN LLP
   Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
2  Beatrice B. Nguyen (CSB No. 172961, bnguyen@flk.com)
   Janine L. Scancarelli (CSB No. 197202, jscancarelli@flk.com)
3  Embarcadero Center West
   275 Battery Street, 23rd Floor
4  San Francisco, CA 94111
   Telephone: (415) 986-2800
5  Facsimile: (415) 986-2827

6  Attorneys for Defendant Oldcastle Precast, Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

| | |
|---|---|
| JENSEN ENTERPRISES, INC., | **RELATED CASES** |
| Plaintiff, | Case No. C-06-0247 SI (JCS) |
| v. | |
| OLDCASTLE PRECAST, INC.; PACIFIC BELL TELEPHONE COMPANY; SBC SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, Defendants. | |
| LA COLLINA DAL LAGO, L.P; BERNAU DEVELOPMENT CORPORATION; and all similarly situated legal persons, Plaintiffs, v. PACIFIC BELL TELEPHONE COMPANY; NEVADA BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and OLDCASTLE PRECAST, INC., Defendants. | Case No. C-08-2451 SI **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO APPROVE CONFLICT WAIVER** |

1  Plaintiffs' Motion for Approval of Conflict Waiver in the above-captioned related cases
2  came on for hearing before this Court on June 27, 2008. After full consideration of the points and
3  authorities and all supporting documents submitted by counsel, as well as the oral argument by
4  counsel, and for good cause shown:

5  IT IS HEREBY ORDERED that Plaintiffs' Motion for Approval of Conflict Waiver be
6  DENIED WITHOUT PREJUDICE.

7  Dated: _____, 2008

_____
Hon. Susan Illston
United States District Judge

10  71073\6002\605662.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

[PROPOSED] ORDER DENYING MOTION TO
APPROVE CONFLICT WAIVER;
CASE NOS. C-06-0247 AND C-08-2451 SI