FOLGER LEVIN & KAHN LLP
Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
Beatrice B. Nguyen (CSB No. 172961, bnguyen@flk.com)
Janine L. Scancarelli (CSB No. 197202, jscancarelli@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant Oldcastle Precast, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LA COLLINA DAL LAGO, L.P.; BERNAU DEVELOPMENT CORPORATION; and all similarly situated legal persons,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY; NEVADA BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and OLDCASTLE PRECAST, INC.,<br><br>Defendants. | Case No. C-08-2451 SI<br><br>**PROOF OF SERVICE** |

I, Diane D. Blick, state:

My business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San Francisco, California 94111. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**DEFENDANT OLDCASTLE PRECAST, INC.'S MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, TO STRIKE CLASS ALLEGATIONS**

**DECLARATION OF JANINE L. SCANCARELLI IN SUPPORT OF DEFENDANT OLDCASTLE PRECAST, INC.'S MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, TO STRIKE CLASS ALLEGATIONS**

**[PROPOSED] ORDER GRANTING DEFENDANT OLDCASTLE PRECAST, INC.'S MOTION TO DISMISS COMPLAINT**

on the following person(s) in this action:

| | |
|---|---|
| **William Markham**<br>**Maldonado & Markham LLP**<br>**402 West Broadway, 24th Floor**<br>**San Diego, CA 92101**<br>**Fax: (619) 224-3974**<br>**Email: wm@maldonadomarkham.com** | **Raymond P. Bolaños**<br>**AT&T Services, Inc.**<br>**Legal Department, 20th Floor**<br>**525 Market Street**<br>**San Francisco, CA 94105**<br>**Fax: (415) 882-4458**<br>**Email: rb2659@att.com** |

**William A. Kershaw**
**Lyle W. Cook**
**Kershaw Cutter & Ratinoff LLP**
**401 Watt Avenue**
**Sacramento, CA 95814-2719**
**Fax: (916) 669-4499**
**Email: wkershaw@kcrlegal.com**
         **lcook@kcrlegal.com**

☐   BY FIRST CLASS MAIL: I am employed in the City and County of San Francisco where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

☐   BY MESSENGER SERVICE: I served the document(s) identified above by placing them in an envelope or package addressed to the person(s) listed above and providing them to a professional messenger service for service. A declaration of personal service by the messenger is attached.

☐   BY OVERNIGHT DELIVERY: I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, in an envelope or package designated by the overnight delivery carrier with delivery fees paid or

provided for. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, or by delivering to a courier or driver authorized by the overnight delivery carrier to receive documents.

☐ BY FACSIMILE: Based on an agreement of the parties to accept service by facsimile transmission, I faxed the document(s) identified above to the person(s) at the fax number(s) listed above. The transmission was reported complete and without error. I have attached a copy of the transmission report that was issued by the facsimile machine.

☒ BY ELECTRONIC MAIL: Based on a court order or an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on June 20, 2008, at San Francisco, California.

/s/
Diane D. Blick

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

/s/ Diane D. Blick

71073\6002\604961.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2- PROOF OF SERVICE; CASE NO. C-08-2451 SI