1  AARON M. PANNER
   Kellogg, Huber, Hansen, Todd, Evans, & Figel, PLLC
2  Sumner Square
   1615 M Street, N.W., Suite 400
3  Washington, DC 20036

4  RAYMOND P. BOLAÑOS, State Bar #142069
   J. SCOTT PAISLEY, State Bar #094236
5  AT&T Services, Inc. Legal Dept
   525 Market Street, 20th Floor
6  San Francisco, California 94105-2727
   Telephone: (415) 778-1357
7  Facsimile:  (415) 882-4458

8  Attorneys for Defendants
   PACIFIC BELL TELEPHONE COMPANY,
9  NEVADA BELL TELEPHONE COMPANY and
   AT&T SERVICES, INC.
10

11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15

16  LA COLLINA DAL LAGO, L.P.; BERNAU   ) Case No. 08 CV 02451 SI
    DEVELOPMENT CORPORATION; and all    )
17  similarly situated legal persons,   )
                                        ) **PROOF OF SERVICE**
18        Plaintiffs,                   )
                                        )
19        vs.                           )
                                        ) Date:  June 27, 2008
20  PACIFIC BELL TELEPHONE COMPANY;     ) Time:  9:00 a.m.
    NEVADA BELL TELEPHONE COMPANY;      ) Courtroom 10, 19th Floor
21  AT&T SERVICES, INC.; and OLDCASTLE, )
    PRECAST, INC.;                      )
22                                      ) The Honorable Susan Illston
          Defendants.                   )
23                                      )
                                        )
24                                      )
                                        )
25                                      )
                                        )
26                                      )

27                                          1

28  Proof of Service
    Case No. C 08 CV 02451 SI

1  Re:   **La Collina Dal Lago, L.P.; et al. v. Pacific Bell Telephone Company, et al.**
         U.S. District Court (N.D. CA) – San Francisco, Case No. 08 CV 02451 SI

2

               PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

3

4         I, Raymond P. Bolaños, declare:

5         I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 525 Market Street, 20th Fl., San Francisco, CA. I am familiar with my office's practice for collection and processing of mail with the U.S. Postal Service. Correspondence prepared for mailing by our office is deposited for pickup by the U.S. Postal Service that same day. On the date set forth below, I served the following document(s):

6

7

8

9         Memorandum of Points and Authorities in Opposition to Motion for Approval
          of Conflict Waiver

10

11        Declaration of Raymond P. Bolaños in Opposition to Motion for Approval
          of Conflict Waiver, and exhibits thereto

12

13

14   ☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, as indicated by the attached facsimile verification report.

15

16   ☐   by placing the document(s) listed above in (a) sealed envelope(s), to the address(es) set forth below, with full prepaid postage thereon, and depositing said envelope(s) with the U.S. Postal Service, in the ordinary course of business, on the date set forth below.

17

18   ☒   by said document(s) to be transmitted electronically to the e-mail address(es) indicated after the address(es) noted below.

19

20

21   ☐   by personally delivering the document(s) listed above to the person(s) set forth below, on the date set forth below.

22

23   William A. Markham                         Janine L. Scancarelli
     Maldonado & Markham, LLP                   Folger Levin & Kahn LLP
24   402 West Broadway, 24th Floor              275 Battery Street, 23rd Floor
     San Diego, CA 92101                        San Francisco, CA 94111
25                                              jscancarelli@flk.com
     wm@maldonadomarkham.com
26

27
                                          2
28   Proof of Service
     Case No. C 08 CV 02451 SI

1  William A. Kershaw
2  Kershaw, Cutter & Ratinoff, LLP
   401 Watt Avenue
3  Sacramento, CA  95814-2719

4  wkershaw@kcrlegal.com

5

6       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7  Date:  **June 20, 2008**

8                                           Raymond P. Bolaños

3

28 Proof of Service
   Case No.  C 08 CV 02451 SI