```
 1  AARON M. PANNER
    Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
 2  Sumner Square
    1615 M Street, N.W., Suite 400
 3  Washington, D.C. 20036

 4  RAYMOND P. BOLAÑOS, State Bar #142069
    J. SCOTT PAISLEY, State Bar #094236
 5  AT&T Services, Inc. Legal Dept.
    525 Market Street, 20th Floor
 6  San Francisco, California 94105-2727
    Telephone:  (415) 778-1357
 7  Facsimile:  (415) 882-4458

 8  Attorneys for Defendants
    PACIFIC BELL TELEPHONE COMPANY,
 9  NEVADA BELL TELEPHONE COMPANY,
    and AT&T SERVICES, INC.
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LA COLLINA DAL LAGO, L.P.; BERNAU DEVELOPMENT CORPORATION; and all similarly situated legal persons,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY; NEVADA BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and OLDCASTLE PRECAST, INC.,<br><br>Defendants. | Case No. 08 CV 02451 SI<br><br>**[PROPOSED] ORDER GRANTING AT&T'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date:  October 3, 2008<br>Time:  9:00 a.m.<br>Place:  Courtroom 10, 19th Floor<br><br>The Hon. Susan Illston |

The Motion To Dismiss the Complaint of Plaintiffs La Collina Dal Lago, L.P., and Bernau Development Corporation, by Defendants Pacific Bell Telephone Company, Nevada Bell Telephone Company, and AT&T Services, Inc. (collectively, "AT&T") was heard on October 3, 2008, at 9 a.m., in Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, the Honorable Susan Illston presiding. Based on the pleadings on file in this matter,

1  the papers submitted in regard to the motion, the oral argument of counsel, and good cause
2  appearing,
3      IT IS HEREBY ORDERED that AT&T's Motion To Dismiss Plaintiffs' Complaint
4  pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief
5  can be granted, is GRANTED, as to Plaintiffs' causes of action 1, 2, 3, 5, 7 and 8.
6      **IT IS SO ORDERED.**
7
8      Dated: October ___, 2008
9                                              _____
                                                SUSAN ILLSTON
10                                              United States District Judge

[Proposed] Order Granting AT&T's Motion To Dismiss Complaint – Case No. 08 CV 02451 SI