1  AARON M. PANNER
   Kellogg, Huber, Hansen, Todd, Evans, & Figel, PLLC
2  Sumner Square
   1615 M Street, N.W., Suite 400
3  Washington, DC 20036

4  RAYMOND P. BOLAÑOS, State Bar #142069
   J. SCOTT PAISLEY, State Bar #094236
5  AT&T Services, Inc. Legal Dept
   525 Market Street, 20th Floor
6  San Francisco, California 94105-2727
   Telephone:  (415) 778-1357
7  Facsimile:   (415) 882-4458

8  Attorneys for Defendants
   PACIFIC BELL TELEPHONE COMPANY,
9  NEVADA BELL TELEPHONE COMPANY and
   AT&T SERVICES, INC.

10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| LA COLLINA DAL LAGO, L.P.; BERNAU DEVELOPMENT CORPORATION; and all similarly situated legal persons,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC BELL TELEPHONE COMPANY; NEVADA BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and OLDCASTLE, PRECAST, INC.;<br><br>Defendants. | Case No. 08 CV 02451 SI<br><br>**PROOF OF SERVICE**<br><br>Date:  October 3, 2008<br>Time:  9:00 a.m.<br>Courtroom 10, 19th Floor<br><br>The Honorable Susan Illston |

1

Proof of Service
Case No. C 08 CV 02451 SI

1  Re: **La Collina Dal Lago, L.P.; et al. v. Pacific Bell Telephone Company, et al.**
   U.S. District Court (N.D. CA) – San Francisco, Case No. 08 CV 02451 SI

2  PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

4  I, Raymond P. Bolaños, declare:

5  I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 525 Market Street, 20th Fl., San Francisco, CA. I am familiar with my office's practice for collection and processing of mail with the U.S. Postal Service. Correspondence prepared for mailing by our office is deposited for pickup by the U.S. Postal Service that same day. On the date set forth below, I served the following document(s):

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT BY PACIFIC BELL TELEPHONE COMPANY, AT&T SERVICES, INC. and NEVADA BELL TELEPHONE COMPANY ("AT&T")

REQUEST FOR JUDICIAL NOTICE OF DEFENDANTS PACIFIC BELL TELEPHONE COMPANY, NEVADA BELL TELEPHONE COMPANY, and AT&T SERVICES, INC. ("AT&T") IN SUPPORT OF AT&T's MOTION TO DISMISS

[PROPOSED] ORDER GRANTING AT&T'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, as indicated by the attached facsimile verification report.

☐ by placing the document(s) listed above in (a) sealed envelope(s), to the address(es) set forth below, with full prepaid postage thereon, and depositing said envelope(s) with the U.S. Postal Service, in the ordinary course of business, on the date set forth below.

☒ by said document(s) to be transmitted electronically to the e-mail address(es) indicated after the address(es) noted below.

☐ by personally delivering the document(s) listed above to the person(s) set forth below, on the date set forth below.

2

Proof of Service
Case No. C 08 CV 02451 SI

William A. Markham
Maldonado & Markham, LLP
402 West Broadway, 24th Floor
San Diego, CA  92101

wm@maldonadomarkham.com

William A. Kershaw
Kershaw, Cutter & Ratinoff, LLP
401 Watt Avenue
Sacramento, CA  95814-2719

wkershaw@kcrlegal.com

Janine L. Scancarelli
Folger Levin & Kahn LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111

jscancarelli@flk.com

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **June 20, 2008**

_____
Raymond P. Bolaños

Proof of Service
Case No. C 08 CV 02451 SI

3