```
 1  William Markham, State Bar No. 132970
    MALDONADO & MARKHAM, LLP
 2  402 West Broadway, 24th Floor
    San Diego, CA 92101
 3  Telephone: (619) 221-4400
    Facsimile: (619) 224-3974
 4
    Attorneys For Plaintiffs,
 5  LA COLLINA DAL LAGO, L.P., and
    BERNAU DEVELOPMENT CORPORATION
 6  and JENSEN ENTERPRISES, INC.

 7  William A. Kershaw, State Bar No. 057486
    Lyle W. Cook, State Bar No. 148914
 8  KERSHAW, CUTTER, & RATINOFF LLP
    401 Watt Avenue
 9  Sacramento, California 95864
    Telephone: (916) 448-9800
10  Facsimile:  (916) 669-4499

11  Attorneys For Plaintiffs,
    LA COLLINA DAL LAGO, L.P., and
12  BERNAU DEVELOPMENT CORPORATION

13
                     UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| JENSEN ENTERPRISES, INC., | **RELATED CASES** |
| Plaintiff, | Case No.: C 06-0247 SI |
| vs. | |
| OLDCASTLE PRECAST, INC., PACIFIC BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, | |
| Defendants. | |
| LA COLLINA DAL LAGO, L.P.; BERNAU DEVELOPMENT CORPORATION; and all similarly situated legal persons, | Case No.: C 08-02451 SI |
| Plaintiffs, | **DECLARATION OF LYLE W. COOK RE REPRESENTATION OF JENSEN ENTERPRISES, INC.** |
| vs. | |
| PACIFIC BELL TELEPHONE COMPANY; NEVADA BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and OLDCASTLE PRECAST, INC., | Date: June 27, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 10, 19th Floor |
| Defendants. | Honorable Susan Illston |

I, Lyle W. Cook, declare as follows:

I am an attorney at law licensed to practice before all courts in the State of California, and the United States District Court, Northern District of California and am one of the attorneys of record for named plaintiffs in LA COLLINA DAL LAGO, L.P.; BERNAU DEVELOPMENT CORPORATION; and all similarly situated legal persons vs. PACIFIC BELL TELEPHONE COMPANY; NEVADA BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and OLDCASTLE PRECAST, INC., Case No. C 08-02451 SI. I have personal knowledge of the matters set forth in herein, except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon as a witness to testify upon the matters stated herein, I would be competent to do so.

1. In Defendant Oldcastle Precast, Inc.'s Opposition to Plaintiffs' Motion to Approve Conflict Waiver filed June 13, 2008 ("Opposition"), Defendant states: "It appears that Lyle Cook, of Kershaw, Cutter & Ratinoff, LLP, also seeks to represent both Jensen and the Named Developer Plaintiffs in the related cases." (Opposition at 3:4-5.) This appearance is said to arise from the Court's docket. (See Declaration of Janine L. Scancarelli, filed with the Opposition.)

2. I do not represent Jensen Enterprises, Inc., nor does Kershaw, Cutter & Ratinoff, LLP represent Jensen Enterprises, Inc. Any docketing information to the contrary is mistaken. What likely happened is that the consolidated pleading concerning coordination, which was ordered consolidated by the Court's order dated May 29, 2008, was captioned or transmitted electronically to the Court in a way that led the clerk to mistakenly believe I represented Jensen Enterprises, Inc. Counsel for Defendant Oldcastle did not contact me or anyone from by firm to clarify whether I represented or sought to represent Jensen Enterprises, Inc. To repeat, I do not represent or seek to represent Jensen Enterprise, Inc.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on June 23, 2008 in Sacramento, California.

/s/ Lyle W. Cook
LYLE W. COOK

-1-

DECLARATION OF LYLE W. COOK RE REPRESENTATION OF JENSEN ENTERPRISES, INC.