UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 6/27/08
Judge:  SUSAN ILLSTON

Case No.   C-08-2451 SI
C-06-247

Title: La Collina Dal Lago  -v-  Pacific Bell

Attorneys: Wm. Markham, Hm. Kershaw(phone), L. Cook(phone),          Reichmuth, Nguyen

Deputy Clerk:  Tracy Sutton   Court Reporter: K. Wyatt

**PROCEEDINGS**

1)   Motion for Approval of Their Wiaver of Potential Conflicts of Interest - HELD

2) 

3) 

Order to be prepared by:  (  )Pltf    (  )Deft    ( X )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   ( X ) SUBMITTED
                                  PART

Case continued to **10/31/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **8/22/08    @ 9:00 a.m.**   for Motions
(Motion due **7/18/08**, Opposition **8/1/08** Reply **8/8/08**)

ORDERED AFTER HEARING: