IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA COLLINA DAL LAGO, L.P., *et al.*,<br><br>    Plaintiffs,<br>  v.<br><br>PACIFIC BELL TELEPHONE COMPANY, *et al.*,<br><br>    Defendants. | No. C 08-2451 SI<br>Related Case No. C 06-247 SI<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION FOR APPROVAL OF THEIR WAIVER OF POTENTIAL CONFLICTS OF INTEREST** |

    Plaintiffs have filed a motion for judicial "approval" of their waiver of potential conflicts of interest. The Court held a hearing on the motion on June 27, 2008, and has reviewed plaintiffs' *in camera* submission provided at the hearing. Plaintiffs request that the Court affirmatively approve conflict waivers signed by the plaintiff in *Jensen* and the named plaintiffs in *La Collina*, in order that counsel for *Jensen* may proceed as co-counsel representing the *La Collina* plaintiffs. While the Court appreciates counsels' conscientiousness in filing the motion, the Court finds that it is premature to evaluate the issues, including factual issues, raised by the motion. The Court will revisit this matter in connection with a motion for class certification in *La Collina*. Accordingly, the Court DENIES plaintiffs' motion for "approval" of their conflict waiver without prejudice to consideration of these issues at the time the Court analyzes the propriety of class certification. (Docket No. 8 in 08-2451 SI).

**IT IS SO ORDERED.**

Dated:   June 30, 2008

                                                             SUSAN ILLSTON<br>
                                                             United States District Judge