IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LA COLLINA DAL LAGO,                    No. C 08-02451SI

    Plaintiff,                              **NOTICE**

  v.

PACIFIC BELL TELEPHONE CO.,

    Defendant.
                                        /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion to dismiss has been continued to Monday, September 22, 2008, at 9:00 a.m.

Dated: August 18, 2008                                                  RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk

**United States District Court** — For the Northern District of California