1  William Markham, State Bar No. 132970
   MALDONADO & MARKHAM, LLP
2  402 West Broadway, 24th Floor
   San Diego, CA 92101
3  Telephone: (619) 221-4400
   Facsimile: (619) 224-3974
4
   William A. Kershaw, State Bar No. 057486
5  Lyle W. Cook, State Bar No. 148914
   KERSHAW, CUTTER, & RATINOFF LLP
6  401 Watt Avenue
   Sacramento, California 95864
7  Telephone: (916) 448-9800
   Facsimile:  (916) 669-4499
8
   *Attorneys For Plaintiffs,*
9  LA COLLINA DAL LAGO, L.P., and
   BERNAU DEVELOPMENT CORPORATION
10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13 | LA COLLINA DAL LAGO, L.P.; BERNAU | |
14 | DEVELOPMENT CORPORATION; and all similarly situated legal persons, | Case No.: C 08-02451 SI |

15                    Plaintiffs,

16         vs.

17 PACIFIC BELL TELEPHONE COMPANY;
   NEVADA BELL TELEPHONE
18 COMPANY; AT&T SERVICES, INC.; and
   OLDCASTLE PRECAST, INC.,
19
                   Defendants.
20

**PLAINTIFFS' NOTICE OF EX PARTE MOTION AND EX PARTE MOTION FOR LEAVE TO FILE A SINGLE OPPOSITION BRIEF THAT EXCEEDS TWENTY-FIVE PAGES**

Date:  September 22, 2008
Time:  9:00 a.m.
Place:  Courtroom 10, 19th Floor

The Hon. Susan Illston

21         Plaintiffs, La Collina Dal Lago, L.P. and Bernau Development Corporation ("Plaintiffs"),
22
   now move *ex parte* for leave to file a single opposition memorandum that will (1) exceed
23
   twenty-five pages, and (2) serve as Plaintiffs' opposition to Defendants' two pending motions to
24
   dismiss.
25
         Plaintiffs make this *ex parte* motion under Civil Local Rule 7-4(a) and (b) as well as
26
   under Civil Local Rule 7-10.  The grounds for the requested relief are as follows:
27
         1.       Defendant Oldcastle Precast, Inc. ("Oldcastle") has filed a motion to dismiss or to
28

PLAINTIFFS' NOTICE OF EX PARTE AND EX PARTE MOTION FOR LEAVE TO FILE SINGLE OPPOSITION BRIEF

1    strike class allegations (the "Oldcastle Motion"), which was first set for hearing on October 3,

2    2008 and is now set for hearing for September 22, 2008.

3           2.     Defendant Pacific Bell Telephone Company, Nevada Bell Telephone Company,

4    and AT&T Services, Inc. (collectively, "AT&T") have filed a motion to dismiss (the "AT&T

5    Motion"), which was first set for hearing on October 3, 2008 and is now set for hearing for

6    September 22, 2008.

7          *The Oldcastle Motion and the AT&T Motion address many of the same issues, using the*

8    *same arguments and authorities.*

9          Plaintiffs ask for leave to write a single brief, not to exceed forty pages, that addresses all

10    of Defendants' arguments in the same submission.  Otherwise, Plaintiffs must submit two briefs

11    that would be needlessly duplicative.  The present request should therefore serve the aims of

12    judicial economy by sparing Plaintiffs the obligation to make the same points in two briefs in

13    response to the same arguments.

14          Plaintiffs therefore seek the requested leave from the Court.

15    Dated:  August 22, 2008.               KERSHAW, CUTTER & RATINOFF

16

17                                        By:  _Lyle W. Cook_

18                                        Lyle W. Cook
                                    William A. Kershaw

19                                        401 Watt Avenue
                                    Sacramento, California 95864

20                                        Telephone: (916) 448-9800
                                    Facsimile:  (916) 669-4499

21                                        E-mail: wkershaw@kcrlegal.com

22                                        William Markham

23                                        MALDONADO & MARKHAM, LLP
                                    402 West Broadway, 24th Floor

24                                        San Diego, CA 92101
                                    Telephone: (619) 221-4400

25                                        Facsimile: (619) 224-3974
                                    E-mail: wm@maldonadomarkham.com

26

27                                        *Attorneys For Plaintiffs,*
                                    LA COLLINA DAL LAGO, L.P., and

28                                        BERNAU DEVELOPMENT CORPORATION

-1-

1    William Markham, State Bar No. 132970
     MALDONADO & MARKHAM, LLP
2    402 West Broadway, 24th Floor
     San Diego, CA 92101
3    Telephone: (619) 221-4400
     Facsimile: (619) 224-3974
4
     William A. Kershaw, State Bar No. 057486
5    Lyle W. Cook, State Bar No. 148914
     KERSHAW, CUTTER, & RATINOFF LLP
6    401 Watt Avenue
     Sacramento, California 95864
7    Telephone: (916) 448-9800
     Facsimile: (916) 669-4499
8
     *Attorneys For Plaintiffs,*
9    LA COLLINA DAL LAGO, L.P., and
     BERNAU DEVELOPMENT CORPORATION
10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13   LA COLLINA DAL LAGO, L.P.; BERNAU
     DEVELOPMENT CORPORATION; and all       Case No.: C 08-02451 SI
14   similarly situated legal persons,

15              Plaintiffs,                  **[PROPOSED] ORDER GRANTING
                                             PLAINTIFFS' EX PARTE MOTION
16        vs.                                FOR LEAVE TO FILE A SINGLE
                                             OPPOSITION BRIEF THAT EXCEEDS
17   PACIFIC BELL TELEPHONE COMPANY;         TWENTY-FIVE PAGES**
     NEVADA BELL TELEPHONE
18   COMPANY; AT&T SERVICES, INC.; and
     OLDCASTLE PRECAST, INC.,
19                                           Date:  September 22, 2008
                                             Time:  9:00 a.m.
20              Defendants.                  Place: Courtroom 10, 19th Floor

21                                           The Hon. Susan Illston

22        WHEREAS, Plaintiffs, La Collina Dal Lago, L.P. and Bernau Development Corporation

23   ("Plaintiffs"), have made an *ex parte* motion to this Court under Civil Local Rules 7-4 and 7-10

24   for leave to do the following:

25        (1) file a single opposition brief in response to Defendants' two pending motions to

26   dismiss and/or strike class allegations; and

27        (2) to not exceed forty pages when preparing this single opposition brief.

28        WHEREAS, the Court has duly considered the grounds stated by Plaintiffs in support of

1    the present *ex parte* motion:  Namely, that Defendants' two pending motions address many of

2    the same issues of law, which Plaintiffs can properly be given leave to address in a single

3    opposition brief; and

4          WHEREAS, the Court finds good cause for granting the present motion;

5          WHEREFORE, THE COURT MAKES THE FOLLOWING ORDER:

6          1.      Plaintiffs are hereby given leave under Civil Local Rules 7-4 and 7-10 to write a

7    single opposition brief, not to exceed forty pages, that will serve as its opposition to both (1) the

8    motion filed by Defendant Oldcastle Precast, Inc.; and (2) the motion filed by Pacific Bell

9    Telephone Company, and AT&T Services, Inc.  This opposition brief is to be filed and served no

10   later than September 2, 2008.

11

12         **IT IS SO ORDERED.**

13

14

15   DATED: _____    _____

16                                                       The Hon. Susan Illstone
     United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

-1-