William Markham, State Bar No. 132970
MALDONADO & MARKHAM, LLP
402 West Broadway, 24th Floor
San Diego, CA 92101
Telephone: (619) 221-4400
Facsimile: (619) 224-3974

William A. Kershaw, State Bar No. 057486
Lyle W. Cook, State Bar No. 148914
KERSHAW, CUTTER, & RATINOFF LLP
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

*Attorneys For Plaintiffs,*
LA COLLINA DAL LAGO, L.P., and
BERNAU DEVELOPMENT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA COLLINA DAL LAGO, L.P.; BERNAU DEVELOPMENT CORPORATION; and all similarly situated legal persons,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC BELL TELEPHONE COMPANY; NEVADA BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and OLDCASTLE PRECAST, INC.,<br><br>Defendants. | Case No.: C 08-02451 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE A SINGLE OPPOSITION BRIEF THAT EXCEEDS TWENTY-FIVE PAGES**<br><br>Date:  September 22, 2008<br>Time:  9:00 a.m.<br>Place:  Courtroom 10, 19th Floor<br><br>The Hon. Susan Illston |

WHEREAS, Plaintiffs, La Collina Dal Lago, L.P. and Bernau Development Corporation ("Plaintiffs"), have made an *ex parte* motion to this Court under Civil Local Rules 7-4 and 7-10 for leave to do the following:

(1) file a single opposition brief in response to Defendants' two pending motions to dismiss and/or strike class allegations; and

(2) to not exceed forty pages when preparing this single opposition brief.

WHEREAS, the Court has duly considered the grounds stated by Plaintiffs in support of

Case 3:08-cv-02451-SI   Document 40-2   Filed 08/22/2008   Page 2 of 2

1  the present *ex parte* motion: Namely, that Defendants' two pending motions address many of
2  the same issues of law, which Plaintiffs can properly be given leave to address in a single
3  opposition brief; and
4      WHEREAS, the Court finds good cause for granting the present motion;
5      WHEREFORE, THE COURT MAKES THE FOLLOWING ORDER:
6      1.    Plaintiffs are hereby given leave under Civil Local Rules 7-4 and 7-10 to write a
7  single opposition brief, not to exceed forty pages, that will serve as its opposition to both (1) the
8  motion filed by Defendant Oldcastle Precast, Inc.; and (2) the motion filed by Pacific Bell
9  Telephone Company, and AT&T Services, Inc. This opposition brief is to be filed and served no
10 later than September 2, 2008.

12 **IT IS SO ORDERED.**

15 DATED: _____   _____
                                                                The Hon. Susan Illstone
                                                                United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE SINGLE OPPOSITION BRIEF