IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA COLLINA DAL LAGO, *et al.*, | No. C 08-2451 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| PACIFIC BELL TELEPHONE CO., *et al.*, | |
| Defendants. | |

Plaintiffs' complaint is dismissed for lack of jurisdiction. Judgment is entered accordingly

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 11, 2008

SUSAN ILLSTON
United States District Judge